# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| THERESA BROOKE,<br><br>        Plaintiff,<br><br>  v.<br><br>BAHHA, LLC<br><br>        Defendant. | Case No. SACV 16-0738 AG (AGRx)<br><br>**JUDGMENT** |

The Court enters Judgment in favor of Defendant and against Plaintiff.

Dated May 18, 2016

                                                Hon. Andrew J. Guilford<br>
                                                United States District Judge